**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Transfers to
**District Judge Raag Singhal**

1. Calderon et al v. SIXT RENT A CAR, LLC et al, Case No. 0:19-cv-62408-KMW
2. Firestone Financial, LLC v. All Stop Vending, LLC, Case No. 0:19-cv-62640-KMW
3. Don't Look Media LLC v. Fly Victor Limited et al, Case No. 0:19-cv-61555-KMW
4. Lugassy v. Bank of America, N.A. et al, Case No. 0:19-cv-61765 -KMW
5. Padilla v. Equifax Information Services, LLC, Case No. 0:19-cv-63084-KMW
6. Guidecraft, Inc. v. OJCommerce, LLC et al, Case No. 0:19-cv-62344-KMW
7. Ofra Cosmetics, LLC v. Hartford Fire Insurance Co, Case No. 0:19-cv-62406-KMW
8. Thompson v. Broward County, Case No. 19-cv-63150-KMW
9. Rogers et al v. USAA Casualty Insurance Company, Case No. 19-cv-62644-KMW
10. Teo v. Attorney General of the United States, et al. Case No. 19-cv-63042-KMW
11. Turizo v. GS Bayview, LLC, Case No. 19-cv-63012-KMW
12. Sopourn *et al.*, v. USAA Casualty Insurance Company, Case No. 19-cv-63131
13. Southam v. Red Wing Shoe Company, Inc., Case No. 20-cv-60030
14. Noel-Jeune, et al. v. SN Servicing Corp., Case No. 19-CV-62110-KMW
15. Bharose v. Main Street Acquisition Corp., Case No. 19-CV-62982-KMW

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Raag Singhal**.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -

2.05.04). It is hereby **ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Raag Singhal** as of January 7th, 2020 for all further proceedings. It is further

**ORDERED** that all pleadings hereafter filed shall bear the assigned case number followed by the initials **AHS** in lieu of the present initials.

**DONE and ORDERED** at Miami, Florida, in chambers this 7th day of January, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All counsel of record/pro se parties