UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62344-CIV-SINGHAL

GUIDECRAFT, INC.,

    Plaintiff,

vs.

OJCOMMERCE, LLC; OJCOMMERCE.COM,
INC.; and NAOMI HOME, INC.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** has come before the Court *sua sponte*. Attorneys Kelly Ann Pressler, Esq. ("Pressler") and Joseph Michael Delich, Esq. ("Delich") appear on the service list of this case as counsel of record. Neither Pressler nor Delich are admitted as members of the bar of this Court. Rule 4(a) of Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys provides that "[e]xcept when an appearance pro hac vice is permitted by the Court, only members of the bar of this Court may appear as attorneys before this Court." A review of the record, however, indicates no motions to appear pro hac vice were filed on behalf of attorneys Pressler and Delich.

Pursuant to section 2B of the CM/ECF Administrative Procedures, a motion to appear pro hac vice must be filed electronically by local counsel and the filing fee must be paid electronically via pay.gov.[1] Here, the proper CM/ECF Administrative Procedures

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

and Local Rules were not followed, as neither attorney filed the proper motion nor paid the applicable filing fee. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Attorney Kelly Ann Pressler, Esq. is **DIRECTED** to submit a motion for admission to appear pro hac vice on behalf of Plaintiff Guidecraft, Inc., in compliance with the Local Rules and CM/ECF Administrative Rules, by **January 27, 2020**.

2. Attorney Joseph Michael Delich, Esq., is **DIRECTED** to submit a motion for admission to appear pro hac vice on behalf of Defendants OJCommerce, LLC, OJCommerce.com, Inc., and Naomi Home, Inc., in compliance with the Local Rules and CM/ECF Administrative Rules, by **January 27, 2020**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 16th day of January 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF