UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62344-CIV-SINGHAL

GUIDECRAFT, INC.,

    Plaintiff,

vs.

OJCOMMERCE, LLC; OJCOMMERCE.COM, INC.; and NAOMI HOME, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice (DE [29]), filed January 24, 2020. The Court having reviewed the Notice and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of January 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF